No. 04–7904. CRUZ v. UNITED STATES. C. A. 5th Cir. Reported below: 388 F. 3d 150;

No. 04–8921. QUINONES v. UNITED STATES. C. A. 9th Cir. Reported below: 106 Fed. Appx. 618;

No. 04–9121. CASTRO v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 981;

No. 04–9170. BIFFLE v. UNITED STATES. C. A. 11th Cir. Reported below: 126 Fed. Appx. 463;

No. 04–9210. CLEDANOR v. UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 473;

No. 04–9212. COTNEY v. UNITED STATES. C. A. 11th Cir. Reported below: 120 Fed. Appx. 785;

No. 04–9261. BAXTER v. UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 471;

No. 04–9295. CAMPOS-AIZPURO v. UNITED STATES; CAMPOS-CRUZ v. UNITED STATES; CHAVEZ-DELGADO v. UNITED STATES; HERNANDEZ-ESCAJEDA v. UNITED STATES; MAGALLANES-RODRIGUEZ v. UNITED STATES; MOYA v. UNITED STATES; VALENZUELA-RIVERA, AKA RIVERA-CALDERA v. UNITED STATES; and VIZCAINO-AMARO, AKA VIZCAINO v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 271 (third judgment), 279 (fifth judgment), 280 (fourth judgment), 718 (sixth judgment), 727 (first judgment), 742 (eighth judgment), 752 (second judgment), and 758 (seventh judgment);

No. 04–9306. VENCES v. UNITED STATES; GUARDADO-ORTEGA v. UNITED STATES; LOPEZ-TOVAR v. UNITED STATES; TREJO-HERNANDEZ v. UNITED STATES; SAUZO-IZAGUIRRE v. UNITED STATES; and LOREDO-PECINA v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 223 (first judgment), 236 (third judgment), 237 (sixth judgment), 253 (fifth judgment), 254 (fourth judgment), and 288 (second judgment);

No. 04–9308. THIBODEAUX v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 708;

No. 04–9309. VELOZ v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 278;

No. 04–9314. BARRON-TORRES v. UNITED STATES (Reported below: 115 Fed. Appx. 247); CAMACHO-MUNOZ v. UNITED STATES (115 Fed. Appx. 240); CAPELLAN-FIGUEREO v. UNITED STATES (115 Fed. Appx. 283); JIMENEZ-CORDOVA v. UNITED STATES (115 Fed. Appx. 268); MACIAS-ORTIZ v. UNITED STATES (115 Fed. Appx. 750); MENDEZ-CHAVEZ v. UNITED STATES (115 Fed. Appx.

267); RODRIGUEZ-VERA *v.* UNITED STATES (115 Fed. Appx. 727); TREJO-LOPEZ *v.* UNITED STATES (115 Fed. Appx. 241); and VENEGAS-QUEZADA *v.* UNITED STATES (115 Fed. Appx. 243). C. A. 5th Cir.;

No. 04–9315. BAEZ *v.* UNITED STATES; CASTORENA-RAMIREZ *v.* UNITED STATES (Reported below: 115 Fed. Appx. 281); GONZALEZ-LABORICO *v.* UNITED STATES (115 Fed. Appx. 248); GUTIERREZ-GUEVARA *v.* UNITED STATES (115 Fed. Appx. 260); HERNANDEZ-GARCIA *v.* UNITED STATES (115 Fed. Appx. 747); HERRERA-FLORES *v.* UNITED STATES (115 Fed. Appx. 261); IBARRA-ARELLANO *v.* UNITED STATES (115 Fed. Appx. 748); RAMIREZ-GARCIA *v.* UNITED STATES (115 Fed. Appx. 263); RAMOS-ZUNIGA *v.* UNITED STATES (115 Fed. Appx. 263); RODRIGUEZ-GASPAR *v.* UNITED STATES (115 Fed. Appx. 715); ROJAS-DE-LA ROSA *v.* UNITED STATES (115 Fed. Appx. 247); SANCHEZ-MENDEZ *v.* UNITED STATES (115 Fed. Appx. 265); and VASQUEZ-RAMOS *v.* UNITED STATES. C. A. 5th Cir.;

No. 04–9316. DE LA CRUZ-GONZALEZ *v.* UNITED STATES (Reported below: 115 Fed. Appx. 224); LOPEZ-CRUZ *v.* UNITED STATES (115 Fed. Appx. 732); ARAGUZ-RAMIREZ *v.* UNITED STATES (115 Fed. Appx. 291); CANTU-RIOS *v.* UNITED STATES (115 Fed. Appx. 744); CASTILLO-BUSTAMANTE, AKA GARCIA *v.* UNITED STATES (115 Fed. Appx. 734); MENDOZA-SIFUENTES *v.* UNITED STATES (115 Fed. Appx. 251); TORRES-AVILA *v.* UNITED STATES (115 Fed. Appx. 289); HERNANDEZ-GONZALEZ *v.* UNITED STATES (115 Fed. Appx. 256); VELA-SALINAS *v.* UNITED STATES (115 Fed. Appx. 238); NIEVES-ALVAREZ *v.* UNITED STATES (115 Fed. Appx. 746); RAMIREZ-SANTANA *v.* UNITED STATES (115 Fed. Appx. 235); VASQUEZ-ALEJOS, AKA MAYA-GALVAN *v.* UNITED STATES (115 Fed. Appx. 252); PEREZ-TOSTADO *v.* UNITED STATES (115 Fed. Appx. 257); SAYAS-MONTOYA *v.* UNITED STATES (115 Fed. Appx. 298); ROSALES *v.* UNITED STATES (115 Fed. Appx. 709); CRUZ *v.* UNITED STATES (115 Fed. Appx. 721); ARVIZU-GARCIA *v.* UNITED STATES (115 Fed. Appx. 723); VACA-HERNANDEZ *v.* UNITED STATES (115 Fed. Appx. 706); ESPINOZA-CORTEZ *v.* UNITED STATES (115 Fed. Appx. 722); LOPEZ-CRUZ *v.* UNITED STATES (115 Fed. Appx. 742); SAN MARTIN, AKA HERNANDEZ-LOZANO *v.* UNITED STATES (117 Fed. Appx. 985); GARCIA *v.* UNITED STATES (115 Fed. Appx. 735); GONZALEZ-MATA, AKA GONZALEZ *v.* UNITED STATES (115 Fed. Appx. 258); GUTIERREZ-SUAREZ *v.* UNITED STATES (115 Fed. Appx. 256); ALANIS-GONZALES, AKA ROBLEDO-

PESINA v. UNITED STATES (115 Fed. Appx. 255); ROMERO RODRI-GUEZ v. UNITED STATES (115 Fed. Appx. 745); CISNEROS-CAVAZOS v. UNITED STATES (115 Fed. Appx. 740); ARELLANO-RIOS v. UNITED STATES (115 Fed. Appx. 720); RAMOS-LUCAS v. UNITED STATES (115 Fed. Appx. 733); and ALBARENGA-VILLALOBO v. UNITED STATES (115 Fed. Appx. 712). C. A. 5th Cir.;

No. 04–9348. CALTON v. UNITED STATES. C. A. 5th Cir. Reported below: 117 Fed. Appx. 982;

No. 04–9349. LONGBINE v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 221;

No. 04–9365. GOMEZ v. UNITED STATES. C. A. 8th Cir. Reported below: 111 Fed. Appx. 855;

No. 04–9381. GARCIA-VARGAS v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 288;

No. 04–9382. FLORES v. UNITED STATES. C. A. 5th Cir. Reported below: 122 Fed. Appx. 720;

No. 04–9384. GARCIA v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 230;

No. 04–9385. HERNANDEZ-BAIDE v. UNITED STATES. C. A. 10th Cir. Reported below: 392 F. 3d 1153;

No. 04–9401. GONZALEZ-ANTUNA v. UNITED STATES; MENCHACA-MORENO, AKA AMUNDO MENCHACA v. UNITED STATES; NAVARETTE-CASTILLO, AKA CASTILLO-NAVARETTE v. UNITED STATES; and VARELA-MARQUEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 274 (second judgment), 277 (third judgment), 718 (first judgment), and 728 (fourth judgment);

No. 04–9407. DELEON-GARCIA v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 605;

No. 04–9412. WELCH v. UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 473;

No. 04–9414. NAJERA-MORALES v. UNITED STATES. C. A. 10th Cir. Reported below: 113 Fed. Appx. 366;

No. 04–9424. JACOBS v. UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 471;

No. 04–9425. JONES v. UNITED STATES. C. A. 5th Cir. Reported below: 120 Fed. Appx. 524;

No. 04–9429. SZABO v. UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 473;

No. 04–9436. NAVARRO-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Reported below: 116 Fed. Appx. 123;

1016

No. 04–9453. BARRERA-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Reported below: 116 Fed. Appx. 886;

No. 04–9465. COUNTERMAN *v.* UNITED STATES. C. A. 6th Cir. Reported below: 121 Fed. Appx. 581;

No. 04–9480. BECK *v.* UNITED STATES. C. A. 9th Cir. Reported below: 393 F. 3d 1088;

No. 04–9516. QUEJADA-POMARE *v.* UNITED STATES. C. A. 11th Cir.;

No. 04–9524. JOHNSON, AKA POWELL *v.* UNITED STATES. C. A. 11th Cir.;

No. 04–9528. RESTREPO *v.* UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 976; and

No. 04–9577. MERAZ-AMADO *v.* UNITED STATES. C. A. 5th Cir. Reported below: 117 Fed. Appx. 370. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).